IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02536-WDM-MEH

UNITED DAIRY FARMERS, INC., an Ohio Corporation,

      Plaintiff,

v.

BP AMERICA PRODUCTION COMPANY, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 25, 2007.**

      Based upon the parties' agreement, and the entire record herein, the Joint Motion for Protective Order and for Entry of Confidentiality Agreement and Agreed Protective Order [Filed April 20, 2007; Docket #15] is **granted** as specified. The proposed order does not recognize that Local Rule 7.2 requires any documents filed under seal to be accompanied by a Motion to Seal. The Court will add a reference to D.C.Colo.L.Civ.R. 7.2 to paragraph 9 of the proposed order. The Court will sign the Protective Order and enter it on the record.